## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jane Doe

                    Plaintiff,

v.                                                  Case No.: 1:25−cv−09331
                                                    Honorable Jeremy C. Daniel

Elliot Cleaver

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2025:

        MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held.
Exparte motion for protective order and proceed under pseudonym [[3], [6]] is granted.
Counsel shall send the proposed protective order to the Court's proposed order email.
Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.