## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jane Doe

                    Plaintiff,

v.

                                   Case No.: 1:25−cv−09331
                                   Honorable Jeremy C. Daniel

Elliot Cleaver

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes. Plaintiff's motion to seal (doc. #s [49] and [52]) are granted for good cause shown. The unredacted reply and exhibits (doc. #[48]) shall remain under seal, with plaintiff having filed a redacted version (doc. #[50]) in accord with Local Rule 26.2. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.