**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe
Plaintiff,
v.
Elliot Cleaver
Defendant.

Case No.: 1:25−cv−09331
Honorable Jeremy C. Daniel

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Plaintiff's motion for Rule 35 examination (doc. #[40]) is granted for the reasons set forth in the accompanying order. Enter Order. Protective order due for submission by noon on 9/11/26, Rule 35 examination no later than 9/18/26, status report on completion of examination due at noon on 9/21/26 and should include on the status of remaining discovery as well as settlement. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.